Tuesday,June 02,2015

To: CATHY S. LUSK,CLERK
    Twelfth Court of Appeals
    1517 West Front Street  Suite 354
    Tyler,TX. 75702

From: BRIAN ALAN HAYS #1467211
      Allred Unit
      2101 FM 369 N.
      Iowa Park,TX. 76367

RE:   Case Number:    12-11-00313-CR
      Trial Court Case Number: 5168

Style: Brian Alan Hays
          v.
       The State of Texas



REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUN 1 9 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Cathy S. Lusk,Clerk,

    I need to purchase the following pages from Vol.3 in the above mentioned

Numbered and styled cause. Thank you for your time in this matter.

| **Vol.3** | PAGE | VOL |
|---|---|---|
| Jury Sworn............................ | 6 | 3 |
| Defendant Arraigned In Presence of Jury.. | 7 | 3 |
| Opening Remarks by the Court............. | 8 | 3 |
| Court's Charge to Jury .................. | 227 | 3 |



| STATE'S WITNESSES | DIRECT | CROSS | VOL |
|---|---|---|---|
| JOSEPH STERNER | PAGE 41 | page 51 | 3 |
| | page 42 | page 52 | 3 |
| | page 43 | page 53 | 3 |
| | page 44 | page 54 | 3 |
| | page 45 | page 55 | 3 |
| | page 46 | page 56 | 3 |
| | page 47 | page 57 | 3 |
| | page 48 | page 58 | 3 |
| | page 49 | page 59 | 3 |
| | page 50 | page 60 | 3 |
| | page 62 | page 61 | 3 |

I also need a CHRONOLOGICAL INDEX for Vol. 1 and Vol. 2 at one (1) page each.
I belive this will amount to a total of 28 pages at .50¢ per page under 50 pages
I am enclosing payment for copy's along with self-addressed stamped legal
envlope. Payment enclosed in the amount of $14.00.
Thank you for your assistance and quick response.

                                        Sincerely,

                                        BRIAN ALAN HAYS #1467211